Argued and submitted February 17, reversed and remanded for further
proceedings March 10, 1999

In the Matter of
Janice Bohna,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JANICE BOHNA,
*Appellant.*

(9806-66231; CA A102578)

976 P2d 575

Thomas A. Coleman filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Philip Schradle, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warren, Senior Judge.

PER CURIAM

## PER CURIAM

In this proceeding pursuant to ORS 426.005 through ORS 426.407, the state concedes that the trial court erred in failing to advise the allegedly mentally ill person of her rights under ORS 426.100(1). We accept the concession.

Reversed and remanded for further proceedings.